UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN TAMRAT,

    Plaintiff,

v.

H. SINGH, et al.,

    Defendants.

Case No. 24-cv-08591-TLT

**ORDER TO SHOW CAUSE RE DISMISSAL**

Plaintiff filed this action while in custody at the San Francisco County Jail. After several Court orders were returned as undeliverable, he updated his address to the Martinez Detention Facility in Contra Costa County on June 30, 2025. Defendants have notified the Court that in another case brought by plaintiff in front of this Court, *Tamrat v. Mercado et. al.*, 3:24-cv-0860, the copy of their reply in support of their motion to dismiss which they served on plaintiff on September 12, 2025 was returned as undeliverable and marked "Not in Custody." In another case brought by plaintiff in front of this Court, *Tamrat v. San Francisco Sheriffs Dept.*, 24-cv-08606, the Court's judgment was returned as undeliverable on October 24, 2025.

Since that time, the Court has received no communication from plaintiff regarding his address or any other aspect of this case.

Civil Local Rule 3-11 provides as follows:

> (a) Duty to Notify. An attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.
>
> (b) Dismissal Due to Failure. The Court may, without prejudice, dismiss a complaint or strike an answer when:
>
> > (1) Mail directed to the attorney or pro se party by the Court

has been returned to the Court as not deliverable; and

(2) The Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address.

Civ. L.R. 3-11.

In light of the foregoing, plaintiff is ordered to show cause why this case should not be dismissed without prejudice. A written response is due February 5, 2026. If no response is received, the Court will dismiss the complaint.

**IT IS SO ORDERED.**

Dated: January 9, 2026

_____
TRINA L. THOMPSON
United States District Judge