UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN TAMRAT,

      Plaintiff,

   v.

H. SINGH, et al.,

      Defendants.

Case No.  24-cv-08591-TLT

**ORDER OF DISMISSAL**

The Court ordered plaintiff on January 9, 2026, to show cause why this case should not be dismissed for plaintiff's failure to update his address of record pursuant to Civil Local Rule 3-11. Mail sent to plaintiff at his address of record has been returned as undeliverable in plaintiff's other cases *Tamrat v. Mercado et. al.*, 3:24-cv-0860, and *Tamrat v. San Francisco Sheriffs Dept.*, 24-cv-08606. Plaintiff has not updated his address in those cases or in this case, or otherwise responded to the order to show cause or communicated with the Court. This case is therefore dismissed without prejudice for failure to respond to the Court's order and pursuant to Civil Local Rule 3-11.

The Clerk shall terminate any pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: March 12, 2026

_____

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California